Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 15−20777−JNP
                        Chapter: 7
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen E Bisch Sr.
   300 W. Broad Street
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−8894

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Andrew Sklar, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 9/27/16
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: August 26, 2016
JJW:

                                                     James J. Waldron
                                                     Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 15-20777-JNP
Allen E Bisch, Sr.                                           Chapter 7
         Debtor                CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Aug 26, 2016
                               Form ID: 170                Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db             +Allen E Bisch, Sr.,    300 W. Broad Street,    Bridgeton, NJ 08302-1438
cr             +Embrace Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
lm             +LoanCare,    PO Box 8068,    3637 Sentara Way,    Suite 303,    Virginia Beach, VA 23452-4262
515557044     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2380)
515557045      +Bridgeton Onized F C U,    2550 S Main Rd,    Vineland, NJ 08360-7138
515557047       Capital One Bank,    Po Box 30281,    Salt Lake City, CT 84130-0281
515630565       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515557048      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
515557049      +Chase/Bank One Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
515744066      +Cumberland Cardiology,    c/o Pressler and Pressler,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
515557050       Cumberland Cardiology,    2848 S Delsea Dr,    Vineland, NJ 08360-7042
515616728      +Embrace Home Loans, Inc.,    c/o LoanCare, LLC,    3637 Sentara Way,
                 Virginia Beach, VA 23452-4262
515575854      +Loancare Servicing Center,    3637 Sentara Wy Ste 303,    Virginia Beach, VA 23452-4262
515557057      +Lyons Doughty & Veld Huis,    136 Gaither Drive, Suite 100,    Mount Laurel, NJ 08054-2239
515592912      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
515575863       Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                 Trenton, NJ 08625-0112
515557051      +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515575862     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     Po Box 245,    Trenton, NJ 08695)
515670830       State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515557056      +State Farm Financial Svc,    3 State Farm Plaza N-3,    Bloomington, IL 61791-0002
515575855      +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
515557046      +The Ritter Law Office,    P.O. Box 320,    Bridgeton, NJ 08302-0246
515557059       Universal Card/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
515664273       eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
515664048       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 26 2016 22:36:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2016 22:36:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515557052       E-mail/Text: mrdiscen@discover.com Aug 26 2016 22:36:00      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
515565749       E-mail/Text: mrdiscen@discover.com Aug 26 2016 22:36:00      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515575858      +E-mail/Text: cio.bncmail@irs.gov Aug 26 2016 22:36:04      Internal Revenue Service,
                 1601 Market Street,    Philadelphia, PA 19103-2309
515557054      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 26 2016 22:36:16      Midland Funding,   RE: Citibank,
                 8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
515557058       E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2016 22:39:30      SYNCB/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
515557053       E-mail/Text: BKRMailOps@weltman.com Aug 26 2016 22:36:19      Weltman Weinberg & Reis,
                 325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515575861*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     Po Box 724,    Springfield, NJ 07081)
515575860*      Internal Revenue Service,    Officer, a managing or general agent,    PO Box 744,
                 Springfield, NJ 07081-0744
515575859*     +Internal Revenue Service,    Officer, a managing or general agent,,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515557055*     +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 26, 2016
                               Form ID: 170             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John P. Amenhauser    on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
               jamenhauser@seymourlaw.net;ecf@seymourlaw.net
              Joshua I. Goldman    on behalf of Creditor    Embrace Home Loans, Inc. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
               ecf@seymourlaw.net
              Steven K. Eisenberg    on behalf of Creditor    Embrace Home Loans, Inc.
               seisenberg@sterneisenberg.com,
               dbogucki@sterneisenberg.com;jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;ckohn@sterneise
               nberg.com
                                                                                             TOTAL: 6
```