UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Chapter 7 trustee

In Re:

Allen E. Bisch, Sr.

**Order Filed on October 5, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-20777-JNP

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

### ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

DATED: October 5, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor: Allen E. Bisch, Sr.

Case No.: 15-20777-JNP

Caption: **ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, the Trustee herein, for an Order Dismissing Case, and for good cause shown;

**IT IS ORDERED** that

1. The Debtor shall pay to the trustee's counsel, Andrew Sklar, the sum of $250.00 in payment of counsel fees and costs incurred in the filing of the within Motion to Dismiss. Said payment shall be made on or before October 20, 2016;

2. The Debtor shall appear for his Meeting of Creditor on October 21, 2016 at 10:30 a.m. at the Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

2. Should the Debtor fail to comply with this Order, the Trustee may file a certification of non-compliance with the Court and an Order Dismissing Debtor's case shall be entered by the Court upon receipt of same.