UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew Sklar, Esquire (AS3105)
Sklar Law, LLC
1200 Laurel Oak Road – Ste 102
Voorhees, New Jersey 08043
(856) 258-4050
Chapter 7 trustee

**Order Filed on October 5, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Allen E. Bisch, Sr.

Case No.: 15-20777-JNP

Adv. No.:

Hearing Date:

Judge: Jerrold N. Poslusny, Jr.

### ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE

The relief set forth on the following pages, numbered two (2) through (2)   is hereby **ORDERED**.

**DATED: October 5, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(PAGE 2)**

Debtor:    Allen J. Bisch, Sr.

Case No.:    15-20777-JNP

Caption:    **ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE**

---

**THIS MATTER** having come before the Court upon the motion of Andrew Sklar, the Trustee herein, for an Order Dismissing Case, and for good cause shown;

**IT IS ORDERED** that

1. The Debtor shall pay to the trustee's counsel, Andrew Sklar, the sum of $250.00 in payment of counsel fees and costs incurred in the filing of the within Motion to Dismiss. Said payment shall be made on or before October 20, 2016;

2. The Debtor shall appear for his Meeting of Creditor on October 21, 2016 at 10:30 a.m. at the Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

2. Should the Debtor fail to comply with this Order, the Trustee may file a certification of non-compliance with the Court and an Order Dismissing Debtor's case shall be entered by the Court upon receipt of same.

United States Bankruptcy Court
District of New Jersey

In re:  
Allen E Bisch, Sr.  
    Debtor

Case No. 15-20777-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 05, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.  
db            +Allen E Bisch, Sr.,    300 W. Broad Street,    Bridgeton, NJ 08302-1438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
           Andrew  Sklar     andy@sklarlaw.com,
           NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
           John P. Amenhauser     on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
           jamenhauser@seymourlaw.net;ecf@seymourlaw.net
           Joshua I. Goldman     on behalf of Creditor  Embrace Home Loans, Inc. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Seymour  Wasserstrum     on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
           ecf@seymourlaw.net
           Steven K. Eisenberg     on behalf of Creditor  Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com
                                                                                                TOTAL: 6