UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BISCH, ALLEN E, SR.

Case No.: 15-20777-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 29, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 300 W. BROAD STREET, BRIDGETON NJ 08302<br>(FMV $58,000) |
|---|---|

| Liens on property: | $85,536 Loancare Servicing Center |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          Andrew Sklar, Chapter 7 Trustee

Address:       1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 15-20777-JNP
Allen E Bisch, Sr.                                                  Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Oct 26, 2016
                               Form ID: pdf905          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             #+Allen E Bisch, Sr.,    300 W. Broad Street,    Bridgeton, NJ 08302-1438
cr              +Embrace Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
                  Cherry Hill, NJ 08034-1925
lm              +LoanCare,    PO Box 8068,    3637 Sentara Way,    Suite 303,    Virginia Beach, VA 23452-4262
515557044      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,     PO Box 982238,    El Paso, TX 79998-2380)
515557045       +Bridgeton Onized F C U,    2550 S Main Rd,    Vineland, NJ 08360-7138
515557047        Capital One Bank,    Po Box 30281,    Salt Lake City, CT 84130-0281
515630565        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515557048       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
515557049       +Chase/Bank One Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
515744066       +Cumberland Cardiology,    c/o Pressler and Pressler,LLP.,    7 Entin Road,
                  Parsippany NJ 07054-5020
515557050        Cumberland Cardiology,    2848 S Delsea Dr,    Vineland, NJ 08360-7042
515616728       +Embrace Home Loans, Inc.,    c/o LoanCare, LLC,    3637 Sentara Way,
                  Virginia Beach, VA 23452-4262
515575854       +Loancare Servicing Center,    3637 Sentara Wy Ste 303,    Virginia Beach, VA 23452-4262
515557057       +Lyons Doughty & Veld Huis,    136 Gaither Drive, Suite 100,,    Mount Laurel, NJ 08054-2239
515592912       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
515575863        Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                  Trenton, NJ 08625-0112
515557051       +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515575862      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,     Po Box 245,    Trenton, NJ 08695)
515670830        State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515557056       +State Farm Financial Svc,    3 State Farm Plaza N-3,    Bloomington, IL 61791-0002
515575855       +Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
515557046       +The Ritter Law Office,    P.O. Box 320,    Bridgeton, NJ 08302-0246
515557059        Universal Card/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
515664273        eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
515664048        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                  New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 21:19:54      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 21:19:54       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515557052       E-mail/Text: mrdiscen@discover.com Oct 26 2016 21:19:50      Discover Financial Services,
                  PO Box 15316,    Wilmington, DE 19850
515565749       E-mail/Text: mrdiscen@discover.com Oct 26 2016 21:19:50      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515575858      +E-mail/Text: cio.bncmail@irs.gov Oct 26 2016 21:19:51      Internal Revenue Service,
                  1601 Market Street,    Philadelphia, PA 19103-2309
515557054      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2016 21:19:54       Midland Funding,    RE: Citibank,
                  8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
515557058       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 21:17:46      SYNCB/JC Penney,    PO Box 965007,
                  Orlando, FL 32896-5007
515557053       E-mail/Text: BKRMailOps@weltman.com Oct 26 2016 21:19:55       Weltman Weinberg & Reis,
                  325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515575861*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,     Po Box 724,    Springfield, NJ 07081)
515575860*       Internal Revenue Service,    Officer, a managing or general agent,    PO Box 744,
                  Springfield, NJ 07081-0744
515575859*      +Internal Revenue Service,    Officer, a managing or general agent,,    PO Box 7346,
                  Philadelphia, PA 19101-7346
515557055*      +Pressler And Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: pdf905            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:

      Andrew   Sklar     andy@sklarlaw.com,
      NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
      John P. Amenhauser    on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
      jamenhauser@seymourlaw.net;ecf@seymourlaw.net
      Joshua I. Goldman    on behalf of Creditor   Embrace Home Loans, Inc. jgoldman@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Seymour   Wasserstrum    on behalf of Debtor Allen E Bisch, Sr. mylawyer7@aol.com,
      ecf@seymourlaw.net
      Steven K. Eisenberg    on behalf of Creditor   Embrace Home Loans, Inc. bkecf@sterneisenberg.com,
      jmcnally@sterneisenberg.com;skelly@sterneisenberg.com

                                              TOTAL: 6